UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-978 (RBW) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO THE COMPLAINT**

Defendants District of Columbia, Officer Nikeith Goins and Sgt. Joseph Massey through counsel, hereby move the court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time until September 26, 2005 within which to respond to the complaint. In support of this motion, defendants rely upon the attached memorandum of points and authorities of law.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
DAVID A. JACKSON (471535)
Assistant Attorney General
Acting Chief, General Litigation II

_____
ROBERT A. DeBERARDINIS, JR. (335976)
Assistant Attorney General, D.C.
441 Fourth Street NW, Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6602
Facsimile: (202) 727-3625
Email: robert.deberardinis@dc.gov
Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-978 (RBW) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

1. Plaintiff's complaint alleges *inter alia* that she were assaulted, battered and falsely arrested by two officers of the Metropolitan Police Department. The two officers as well as the District of Columbia have been named as defendants.

2. The District of Columbia's response to the complaint is due on August 24, 2005..

3. The Office of the Attorney General for the District of Columbia which represents the District of Columbia requires additional time to ascertain whether it is appropriate for it to also represent the two police officers. Additional time is also required to investigate plaintiff's allegations before an appropriate response can be filed.

4. Defendants believe that a response to the complaint can be filed by September 26, 2005.

5. Plaintiff has consented to this motion

Wherefore, defendants pray that their motion be granted and that the time for them to respond to the complaint be enlarged until September 26, 2005..

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
DAVID A. JACKSON (471535)
Assistant Attorney General
Acting Chief, General Litigation II

_____/s/_____
ROBERT A. DeBERARDINIS, JR. (335976)
Assistant Attorney General, D.C.
441 Fourth Street NW, Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6602
Facsimile: (202) 727-3625
Email: robert.deberardinis@dc.gov
Attorney for Defendants