UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADEN HAILE-SHIREGA | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | Case No.: 05-0978 (RBW) |
| Defendants. | ) ) | |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel for Plaintiff Aden Haile-Shirega in the above-captioned matter.

Respectfully Submitted,

November 14, 2005

_____
Michael Raibman (Bar ID No. 462104)
Gilbert Heintz & Randolph LLP
1100 New York Avenue, NW
Suite 700
Washington, D.C. 20004
(202) 772-1927

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2005, a copy of the foregoing Notice of Entry of Appearance for Michael Raibman before the United Sates District Court for the District of Columbia was served upon counsel of record via facsimile or first-class mail, postage prepaid:

**COUNSEL FOR DEFENDANTS DISTRICT OF COLUMBIA, ET AL.,:**

David Jackson, Esquire
Office Of The Attorney General
441 4th Street, N.W.
Washington, DC 20001

_____
Lynette A. Chew