UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGAPlaintiffs,v.THE DISTRICT OF COLUMBIA, *et. al.*,Defendants. | ))))))) Civil Action No. 1:05-0978 (RBW)))))))) |

## PRAECIPE OF APPEARANCE

The Clerk of the Court will please ENTER the appearance of David A. Jackson, Office of the Attorney General, as counsel for defendants in the above-captioned matter.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/Nicole L. Lynch/s/
NICOLE L. LYNCH [471953]
Section Chief, General Litigation, Section II

BY:   /s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General, D.C.
Office of the Attorney General for
the District of Columbia
441 4th Street N.W., 6th Floor South
Washington DC. 20001
(202) 724-6618