UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-0978 (RBW) |
| | ) |
| THE DISTRICT OF COLUMBIA, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

**PRAECIPE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please WITHDRAW the appearance of Robert A. DeBerardinis Jr., Office of the Attorney General, as counsel for defendants in the above-captioned matter.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
NICOLE L. LYNCH [471953]
Section Chief, General Litigation, Section II

_____
BY:    ROBERT A. DEBERARDINIS JR. [335976]
 Assistant Attorney General, D.C. for
 Office of Attorney General for
 the District of Columbia
 441 4th Street N.W., 6th Floor South
 Washington D.C., 20001