THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA<br>    5055 Seminary Rd., Apt #209<br>    Alexandria, VA 22311<br><br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>    Office Of The Attorney General<br>    441 4th Street, N.W.<br>    Washington, DC 20001<br><br>and<br><br>MPD OFFICER NIKEITH GOINS<br>    First District Station<br>    415 4th Street, SW<br>    Washington, DC 20024<br><br>and<br><br>MPD SERGEANT JOSEPH MASSEY<br>First District Station<br>    415 4th Street, SW<br>    Washington, DC 20024<br><br>        Defendants. | Case No.: 05-0978 (RBW) |

**CERTIFICATION OF PROPOSED COUNSEL DAVID M. SAMONDS
IN SUPPORT OF PRO HAC VICE ADMISSION**

David M. Samonds, pursuant to L. Cv. R. 83.2(d), certifies as follows:

1.   I am an associate with the law firm of Gilbert Heintz & Randolph LLP, whose principal office is located at 1100 New York Avenue, NW, Suite 700, Washington, DC 20005. My office telephone number is: (202) 772-2200.

1103/001/18217.1

2

2. I am admitted to practice and a member of the bar in good standing in the following jurisdiction:

| Admitted To | Date Admitted | Bar Number |
|---|---|---|
| Virginia State Bar | October 2002 | 48740 |

3. I have never been suspended or disbarred from the practice of law.

4. I have not applied or been admitted *pro hac vice* to this Court within the last two years.

5. I am an attorney engaging in the practice of law from an office located in the District of Columbia.

6. I am not a member of the District of Columbia Bar.

7. I submitted an application for admission to the District of Columbia Bar on July 25, 2005. The application for admission is currently pending.

8. I agree to be bound by the rules of this Court upon my admission.

I certify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

By: /s/ David M. Samonds
David M. Samonds

Dated: November 18, 2005

1103/001/18217.1