THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA )<br>5055 Seminary Rd., Apt #209 )<br>Alexandria, VA 22311 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>    Office Of The Attorney General )<br>    441 4th Street, N.W. )<br>    Washington, DC 20001 )<br>)<br>and )<br>)<br>MPD OFFICER NIKEITH GOINS )<br>    First District Station )<br>    415 4th Street, SW )<br>    Washington, DC 20024 )<br>)<br>and )<br>)<br>MPD SERGEANT JOSEPH MASSEY )<br>    First District Station )<br>    415 4th Street, SW )<br>    Washington, DC 20024 )<br>)<br>    Defendants. ) | Case No.: 05-0978 (RBW) |

**APPLICATION FOR ENTRY OF AN ORDER UNDER LCvR 83.2(d)
FOR ADMISSION OF KAMI E. QUINN *PRO HAC VICE***

I, Michael D. Raibman, hereby certify as follows:

    1.    I am an associate with the law firm of Gilbert Heintz & Randolph LLP and am admitted to practice before this Court.

2.  Kami E. Quinn, an associate with Gilbert Heintz & Randolph, LLP, with an address at 1100 New York Avenue, NW, Suite 700, Washington, DC, 20005, seeks to be admitted *pro hac vice* during the pendency of these proceedings.

3.  As is set forth in the Certification of Kami E. Quinn, filed simultaneously herewith, she is and has been a member in good standing of the bar of the following jurisdiction:

| Admitted To | Date Admitted | Bar Number |
|---|---|---|
| Virginia State Bar | October 6, 2000 | 45778 |

Ms. Quinn is not under suspension or disbarment by any court. Ms. Quinn is not eligible for admission to the Bar of this Court under L. Cv. R. 83.2(c)(2) because she engages in the practice of law from an office located in the District of Columbia, but is not an attorney admitted to the District of Columbia Bar. Ms. Quinn filed an application for admission to the District of Columbia Bar on October 27, 2005. The application for admission is currently pending.

I certify under penalty of perjury that the foregoing statements made by me are true.

By: /s/ Michael D. Raibman
Michael D. Raibman, Esquire
Bar #: 462104
Gilbert Heintz & Randolph, LLP
1100 New York Avenue, NW
Washington, D.C. 20005

Dated: November 18, 2005