THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADEN HAILE-SHIREGA<br>5055 Seminary Rd., Apt #209<br>Alexandria, VA 22311<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>    Office Of The Attorney General<br>    441 4th Street, N.W.<br>    Washington, DC 20001<br><br>and<br><br>MPD OFFICER NIKEITH GOINS<br>    First District Station<br>    415 4th Street, SW<br>    Washington, DC 20024<br><br>and<br><br>MPD SERGEANT JOSEPH MASSEY<br>    First District Station<br>    415 4th Street, SW<br>    Washington, DC 20024<br><br>        Defendants. | Case No.: 05-0978 (RBW) |

**APPLICATION FOR ENTRY OF AN ORDER UNDER LCvR 83.2(d)
<u>FOR ADMISSION OF DEVIN A. WOLAK *PRO HAC VICE*</u>**

I, Michael D. Raibman, hereby certify as follows:

    1.    I am an associate with the law firm of Gilbert Heintz & Randolph LLP and am admitted to practice before this Court.

2.    Devin A. Wolak, an associate with Gilbert Heintz & Randolph, LLP, with an address at 1100 New York Avenue, NW, Suite 700, Washington, DC, 20005, seeks to be admitted *pro hac vice* during the pendency of these proceedings.

3.    As is set forth in the Certification of Devin A. Wolak, filed simultaneously herewith, he is and has been a member in good standing of the bar of the following jurisdiction:

| Admitted To | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Illinois | November 9, 2000 | 6273266 |

Mr. Wolak is not under suspension or disbarment by any court. Mr. Wolak is not eligible for admission to the Bar of this Court under L. Cv. R. 83.2(c)(2) because he engages in the practice of law from an office located in the District of Columbia, but is not an attorney admitted to the District of Columbia Bar. Mr. Wolak filed an application for admission to the District of Columbia Bar on May 27, 2005. The application for admission is currently pending.

I certify under penalty of perjury that the foregoing statements made by me are true.

By:   /s/ Michael D. Raibman<br>
Michael D. Raibman, Esquire<br>
Bar #: 462104<br>
Gilbert Heintz & Randolph, LLP<br>
1100 New York Avenue, NW<br>
Washington, D.C. 20005

Dated: November 18, 2005