IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | Case No.: 05-0978 (RBW) |
| ) | |
| Defendants. ) | |

## [PROPOSED] SCHEDULING ORDER

On November 18, 2005, the parties filed their Joint Report Regarding Rule 26(f) Conference and proposed discovery plan. On December 2, 2005, the Court conducted a scheduling conference in this matter and, pursuant to Fed. R. Civ. P. 16(b), Fed. R. Civ. P. 26(f) and the Local Rules of the United States District Court for the District of Columbia, the Court orders that the following table of dates and deadlines shall govern the further preparation of this case:

| | |
|---|---|
| Rule 26(a)(1) disclosures due | November 22, 2005 |
| Deadline to join additional parties | February 1, 2006 |
| Deadline to amend pleadings | April 14, 2006 |
| Close of Fact Discovery | May 5, 2006 |
| Motions for Summary Judgment due | June 16, 2006 |
| Responses to Motions for Summary Judgment due | July 14, 2006 |
| Replies on Motions for Summary Judgment due | July 28, 2006 |
| Rule 26(a)(2) expert report disclosures due | June 2, 2006 |

| | |
|---|---|
| Rebuttal expert report disclosures due | June 30, 2006 |
| Close of Expert Discovery | July 28, 2006 |
| Pretrial Conference | August 25, 2006 |
| Trial Date | To be set at pretrial conference |

**SO ORDERED.**

Dated: _____

_____
**REGGIE B. WALTON**
**United States District Judge**