THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 05-0978 (RBW) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**APPLICATION FOR ENTRY OF AN ORDER UNDER LCvR 83.2(d)
FOR ADMISSION OF DAVID M. SAMONDS *PRO HAC VICE***

I, Michael Raibman, hereby certify as follows:

1.  I am an associate with the law firm of Gilbert Heintz & Randolph LLP and am admitted to practice before this Court.

2.  David M. Samonds, an associate with Gilbert Heintz & Randolph, LLP, with an address at 1100 New York Avenue, NW, Suite 700, Washington, DC, 20005, seeks to be admitted *pro hac vice* during the pendency of these proceedings.

3.  As is set forth in the Certification of David M. Samonds, filed simultaneously herewith, he is and has been a member in good standing of the bar of the following jurisdiction:

| Admitted To | Date Admitted | Bar Number |
|---|---|---|
| Virginia State Bar | October 2002 | 48740 |

Mr. Samonds is not under suspension or disbarment by any court. Mr. Samonds is not eligible for admission to the Bar of this Court under L. Cv. R. 83.2(c)(2) because he engages in the practice of law from an office located in the District of Columbia, but is not an attorney admitted to the District of Columbia Bar. Mr. Samonds filed an application for admission to the District of Columbia Bar on July 25, 2005. The application for admission is currently pending.

-2-

I certify under penalty of perjury that the foregoing statements made by me are true.

                                By:  <u>/s/ Michael Raibman</u>
                                      Michael Raibman
                                      Bar #: 462104
                                      Gilbert Heintz & Randolph, LLP
                                      1100 New York Avenue, NW
                                      Washington, D.C. 20005

Dated: November 22, 2005