THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, *et al.*, ) <br> ) <br> Defendants. ) | Case No.: 05-0978 (RBW) |

**CERTIFICATION OF PROPOSED COUNSEL KAMI E. QUINN
IN SUPPORT OF PRO HAC VICE ADMISSION**

Kami E. Quinn, pursuant to L. Cv. R. 83.2(d), certifies as follows:

1. I am an associate with the law firm of Gilbert Heintz & Randolph LLP, whose principal office is located at 1100 New York Avenue, NW, Suite 700, Washington, DC 20005. My office telephone number is: (202) 772-2200.

2. I am admitted to practice and a member of the bar in good standing in the following jurisdiction:

| Admitted To | Date Admitted | Bar Number |
|---|---|---|
| Virginia State Bar | October 6, 2000 | 45778 |

3. I have never been suspended or disbarred from the practice of law.

4. I have not applied or been admitted *pro hac vice* to this Court within the last two years.

5. I am an attorney engaging in the practice of law from an office located in the District of Columbia.

6. I am not a member of the District of Columbia Bar.

1103/001/18217.1

7. I submitted an application for admission to the District of Columbia Bar on October 27, 2005. The application for admission is currently pending.

8. I agree to be bound by the rules of this Court upon my admission.

I certify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

By: /s/ Kami E. Quinn
Kami E. Quinn

Dated: November 22, 2005

1103/001/18217.1