THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 05-0978 (RBW) |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER PURSUANT TO LOCAL RULE 83.2**
**FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Upon consideration of the foregoing Application for Entry of an Order for Admission of Kami E. Quinn *Pro Hac Vice* and supporting Certification,

IT IS ORDERED that in accordance with Local Rule 83.2, Kami E. Quinn may appear and be heard at hearings in this case and any and all proceedings arising therein.

DATED:   November____, 2005

```
                                    _____
                                    Reggie B. Walton,
                                    United State District Court Judge
```