THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Case No.: 05-0978 (RBW) |

## CERTIFICATION OF PROPOSED COUNSEL DEVIN A. WOLAK
## IN SUPPORT OF PRO HAC VICE ADMISSION

Devin A. Wolak, pursuant to L. Cv. R. 83.2(d), certifies as follows:

1. I am an associate with the law firm of Gilbert Heintz & Randolph LLP, whose principal office is located at 1100 New York Avenue, NW, Suite 700, Washington, DC 20005. My office telephone number is: (202) 772-2200.

2. I am admitted to practice and a member of the bar in good standing in the following jurisdiction:

| Admitted To | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Illinois | November 9, 2000 | 6273266 |

3. I have never been suspended or disbarred from the practice of law.

4. I have not applied or been admitted *pro hac vice* to this Court within the last two years.

5. I am an attorney engaging in the practice of law from an office located in the District of Columbia.

6. I am not a member of the District of Columbia Bar.

1103/001/18217.1

7. I submitted an application for admission to the District of Columbia Bar on May 27, 2005. The application for admission is currently pending.

8. I agree to be bound by the rules of this Court upon my admission.

I certify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

By: /s/ Devin A. Wolak
Devin A. Wolak

Dated: November 22, 2005

1103/001/18217.1