THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| DISTRICT OF COLUMBIA, *et al.*, | ) Case No.: 05-0978 (RBW)<br>) |
| Defendants. | )<br>)<br>) |

**ORDER PURSUANT TO LOCAL RULE 83.2**
**FOR ADMISSION OF COUNSEL *PRO HAC VICE***

Upon consideration of the foregoing Application for Entry of an Order for Admission of Devin A. Wolak *Pro Hac Vice* and supporting Certification,

IT IS ORDERED that in accordance with Local Rule 83.2, Devin A. Wolak may appear and be heard at hearings in this case and any and all proceedings arising therein.

DATED:   November____, 2005

_____
Reggie B. Walton,
United State District Court Judge