AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Aden Haile-Shirega

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia
MPD Officer Nikeith Goins
MPD Sergeant Joseph Massey

CASE NUMBER:    1:05CV0978   RBW

TO: (Name and address of Defendant)

District of Columbia
Serve: Office of the Mayor of the District of Columbia
1350 Pennsylvania Avenue, NW
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John E. Heintz
Gilbert Heintz & Randolph LLP
1100 New York Avenue NW
Suite 700
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

JUL 2 8 2005

CLERK

DATE

(By) DEPUTY CLERK

2005080215382 6

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF:        **SUMMONS, COMPLAINT, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE, ELECTRONIC CASE FILING ORDER**
EFFECTED (1) BY ME:    **OUT OF STATE**
TITLE:            **PROCESS SERVER**                    DATE: _8/4/05    10:30 AM_

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

DISTRICT OF COLUMBIA C/O OFFICE OF THE MAYOR OF THE DISTRICT OF COLUMBIA

Place where served:

_Served Gladys Herring at 1350 Pennsylvania Ave, NW, Washington, DC 20004_

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: _F_ AGE: _55-60_ HEIGHT: _5'6"_ WEIGHT: _140_ SKIN: _B/K_ HAIR: _blk_ OTHER: _Fair Complexion_

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON:

ATTORNEY:    JOHN E. HEINTZ, ESQ.
PLAINTIFF:    ADEN HAILE-SHIREGA
DEFENDANT:    DISTRICT OF COLUMBIA, ET AL
VENUE:        DISTRICT OF COLUMBIA
DOCKET:        1:05CV0978

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.