AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Aden Haile-Shirega

V.

District of Columbia
MPD Officer Nikeith Goins
MPD Sergeant Joseph Massey

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV0978

JUDGE: REGGIE B. WALTON

DECK TYPE: OTHER CIVIL RIGHTS (NON-EMPL)

DATE STAMP: 05/16/05

TO: (Name and address of Defendant)

MPD Officer Nikeith Goins
First District Station
415 4th Street SW
Washington, DC  20024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John E. Heintz
Gilbert Heintz & Randolph LLP
1100 New York Avenue NW
Suite 700
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 1 6 2005

CLERK                                          DATE

(By) DEPUTY CLERK



| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: SUMMONS, COMPLAINT, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE, ELECTRONIC CASE FILING ORDER | |
| EFFECTED (1) BY ME: OUT OF STATE | |
| TITLE: PROCESS SERVER | DATE: 8-11-05  4:20pm |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
MPD OFFICER NIKETH GOINS

Place where served:
First District Station  415 4th Street, SW, Washington, DC 20024

OR

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:
SEX: M   AGE: 25-30   HEIGHT: 6'0   WEIGHT: 210   SKIN: Blk   HAIR: Blk   OTHER: Blk mustache + Beard

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____   SERVICES $ _____ . _____   TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON:

ATTORNEY:    JOHN E. HEINTZ, ESQ.
PLAINTIFF:   ADEN HAILE-SHIREGA
DEFENDANT:   DISTRICT OF COLUMBIA, ET AL
VENUE:       DISTRICT OF COLUMBIA
DOCKET:      1:05CV0978

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.