AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Aden Haile-Shirega

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia
MPD Officer Nikeith Goins
MPD Sergeant Joseph Massey

CASE NUMBER: 1:05CV0978

JUDGE: REGGIE B. WALTON

DECK TYPE: OTHER CIVIL RIGHTS (NON-EMPL)

DATE STAMP: 05/16/05

TO: (Name and address of Defendant)

MPD Sergeant Joseph Massey
First District Station
415 4th Street SW
Washington, DC 20024

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John E. Heintz
Gilbert Heintz & Randolph LLP
1100 New York Avenue NW
Suite 700
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                           MAY 16 2005

CLERK                                                 DATE

_(signature)_
(By) DEPUTY CLERK

| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |

SERVICE OF: SUMMONS, COMPLAINT, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE, ELECTRONIC CASE FILING ORDER
EFFECTED (1) BY ME: OUT OF STATE
TITLE: PROCESS SERVER                           DATE: 8-13-05  11:10 pm

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:
MPD OFFICER JOSEPH MASSEY

Place where served:
First District Station, 415 4th Street, SW, Washington, DC 20024                    DR

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 40's  HEIGHT: 5'10"  WEIGHT: 180  SKIN: White  HAIR: Bald  OTHER: Brown Mustache

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON:

ATTORNEY:    JOHN E. HEINTZ, ESQ.
PLAINTIFF:   ADEN HAILE-SHIREGA
DEFENDANT:   DISTRICT OF COLUMBIA, ET AL
VENUE:       DISTRICT OF COLUMBIA
DOCKET:      1:05CV0978

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.