UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-978 (RBW) |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

### SCHEDULING ORDER

The parties appeared before the Court on December 2, 2005, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 7th day of December, 2005, hereby **ORDERED** that

1. This case will be placed on the standard track.

2. Additional parties shall be joined by February 1, 2006, and all amendments to the pleadings shall be made by April 14, 2006.

3. The plaintiff shall serve any expert witness reports pursuant to Rule 26(a)(2) by June 2, 2006, and the defendant shall serve its expert witness reports pursuant to Rule 26(a)(2) by June 30, 2006.

4. Discovery shall be concluded by July 28, 2006.

5. This case shall be referred to a magistrate judge for settlement discussions that shall take place between July 31, 2006 and September 29, 2006.

6. A status conference shall be held on October 2, 2006 at 9:00 a.m. in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge