# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADEN HAILE-SHIREGA | ) |
| Plaintiff, | ) |
| v. | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) Case No.: 05-0978 (RBW) |
| Defendants. | ) |

## JOINT MOTION FOR PROTECTIVE ORDER
## AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties respectfully move this Court for a protective order regarding the production of confidential information and documents. In support of this motion, the parties show the Court as follows:

1. Plaintiff is seeking and will continue to seek in discovery certain documents that the Defendants asserts contain confidential information.

2. Any confidential information or documents obtained through discovery shall be used only in this litigation.

3. All parties join in this Motion and have agreed upon the language of the proposed consent protective order.

Wherefore, the parties respectfully request that this Court enter the proposed Consent Protective Order (attached hereto) governing release of relevant confidential information and documents.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE LYNCH
Section Chief, Civil Division, Section II


/s/David A. Jackson/s/
DAVID A. JACKSON
Assistant Attorney General
Judiciary Square, Room 6S 079
441 4th Street, NW
Washington, DC 20001
Direct:  (202) 724-6618
Fax:  (202) 727-3625

Attorneys for Plaintiff
Of Counsel:

/s/Arthur B. Spitzer/s/ (By: DAJ)
ARTHUR B. SPITZER, ESQ.
District of Columbia Bar No. 235960
FRITZ MULHAUSER, ESQ.
District of Columbia Bar No. 455377
AMERICAN CIVIL LIBERTIES UNION
  OF THE NATIONAL CAPITAL AREA
1400 20th Street, NW, Suite 119
Washington, DC 20036
(202) 457-0800


/s/Jerome C. Randolph/s/ (By: DAJ)
JEROME C. RANDOLPH, ESQ.
District of Columbia Bar No. 455377
GILBERT HEINTZ & RANDOLPH, LLP
1100 New York Avenue, NW
Suite 700
Washington, D.C. 20005
(202) 772-2200