UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA, : <br> : <br> Plaintiff, : <br> : No. 1:05cv978 (RBW) <br> v. : <br> : <br> DISTRICT OF COLUMBIA, *et al.*, : <br> : <br> Defendants. : | |

**PROPOSED ORDER**

Upon consideration of Defendants' Consent Motion to Modified the Scheduling Order, the Memorandum of Points and Authorities in Support thereof, the consent of counsel for plaintiff and the entire record herein, it is this _____ day of July 2006,

ORDERED that the motion is GRANTED; and it is

ORDERED that the discovery is extended until September 15, 2006

So ordered.

_____
Judge Reggie B. Walton
United States District Court
For the District of Columbia

Copies to:

All Counsel of Record Via ECF