UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADEN HAILE-SHIREGA, | : | |
| Plaintiff, | : | |
| | : | No. 1:05cv978 (RBW) |
| v. | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| Defendants. | : | |

**DEFENDANTS DISTRICT OF COLUMBIA'S, JOSEPH MASSEY'S AND NIKEITH GOINS' SECOND MOTION TO MODIFY SCHEDULING ORDER**

Defendants District of Columbia, Joseph Massey and Nikeith Goins, by and through undersigned counsel, respectfully move this Court, pursuant to Fed. R. Civ. Pro. 6 (b)(1) and LCvR 7 (m), for an order modifying the July 24, 2006 scheduling order, which extended discovery until September 15, 2006.  The Defendants seek a second modification of the scheduling order to extend discovery for an additional 45 days.  In support of this motion the Defendants state as follows:

1.	This case arises out of an encounter between plaintiff and officials of the Metropolitan Police Department (MPD), Sergeant Joseph Massey and Officer Nikeith Goins.  Plaintiff asserts, *inter alia*, claims for violation of her civil rights, false arrest and assault and battery.

2.	On July 24, 2006, this Court granted the Defendants' first consent motion to modify the scheduling order and the discovery period was extended up to September 15, 2006.   Since then the parties have continued to conduct depositions.

3.	On September 12, 2006, the parties attended the first mediation session with Magistrate Judge Deborah Robinson and a second session is scheduled for September 21, 2006.

4.      This motion does not seek to change the September 21, 2006 mediation or the October 2, 2006 status conference.

5.      There is good cause to grant this motion because the parties continue to make a good faith effort to complete discovery.

6       Paper discovery has been completed and all parties to this action have been deposed.

7       The parties still need to take the depositions of several non-party witnesses, one of who has been difficult to locate.

8.      The Defendants desire to take the depositions of two of plaintiff's friends both of whom are Ethiopian.  As a result of language difficulty, the Defendants need time to find and enter into a service contract with an interpreter.

9.      This is the Defendants' second request to modify the scheduling order and, as previously stated, if this motion is granted it will not interfere with mediation or the October 2, 2006 status conference.

10.     Plaintiff will not be prejudiced if this motion is granted.

11.     Counsels for plaintiff do not oppose this motion.

        A memorandum of points and authorities accompanies this motion.

                                Respectfully submitted,

                                ROBERT J. SPAGNOLETTI
                                Attorney General for the District of Columbia

                                GEORGE VALENTINE
                                Deputy Attorney General, Civil Litigation Division

/s/Nicole L. Lynch/s/
NICOLE L. LYNCH
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA, : | |
| : | |
| Plaintiff, : | |
| : | No. 1:05cv978 (RBW) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER**

Rule 6(b) (1) of the Federal Rules of Civil Procedure permits an extension of time when a request is made prior to the expiration of the time prescribed. There is good cause to grant this motion because the parties have made a good faith effort to complete discovery by the September 15, 2006 deadline. Paper discovery and depositions of the parties have been completed. The parties still seek to take the depositions of several non-party witnesses.

This motion to modify the scheduling order is not seeking to change the September 21, 2009 mediation session or the October 2, 2006 status conference. This is the Defendants' second request to modify the scheduling order. Plaintiff will not be prejudiced if this motion is granted.

The Defendants recognize that this Court's General Order and Guidelines For Civil Cases (ECF) §5, requires that this motion be filed within four days of the expiration period. The Defendants' failure to file this motion 4 days earlier is the result of excusable neglect and not an attempt to gain a tactical advantage in this litigation. Nor is it an attempt to disregard and ignore

the orders of this Court. The parties had discussed the filing of this motion several weeks ago but undersigned counsel due to other pressing matters simply failed to file this motion as required by this Court's General Order.

    WHEREFORE, Defendants respectfully move this Court to grant the instant Motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia


GEORGE VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/Nicole L. Lynch/s/
NICOLE L. LYNCH
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov