UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:　　No. 1:05cv978 (RBW)<br>:<br>:<br>:<br>:<br>: |

**PROPOSED ORDER**

　　Upon consideration of Defendants' Second Motion to Modified the Scheduling Order, the Memorandum of Points and Authorities in Support thereof, the consent of counsel for plaintiff and the entire record herein, it is this _____ day of September 2006,

　　ORDERED that the motion is GRANTED; and it is

　　ORDERED that the discovery is extended until October 30, 2006

So ordered.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge Reggie B. Walton
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　For the District of Columbia

Copies to:

All Counsel of Record Via ECF