IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 05-0978 (RBW) |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION FOR RESCHEDULING OF STATUS CONFERENCE

Pursuant to LCvR 16.1, Plaintiff Aden Haile-Shirega, through counsel, respectfully requests that the Court defer the Status Conference, currently scheduled for November 17, 2006, at 9:15 a.m., for approximately two weeks to enable Plaintiff and Defendants to complete the terms of settlement in this matter. The Defendants in this case have consented to this Motion.

The parties have reached an agreement as to the amount of payment, and are currently in the final stages of negotiating non-financial terms. The parties believe that by rescheduling the status conference to a date on or after December 1, 2006, the parties will have sufficient time to reach agreement as to the terms of settlement to resolve this matter.

Respectfully submitted,

Of Counsel:
Arthur B. Spitzer, Esq.
District of Columbia Bar No. 235960
Fritz Mulhauser, Esq.
District of Columbia Bar No.455377

AMERICAN CIVIL LIBERTIES UNION
  OF THE NATIONAL CAPITAL AREA
1400 20th Street, NW
Suite #119
Washington D.C. 20036
(202)457-0800

By: /s/ John E. Heintz
John E. Heintz, Esq.
District of Columbia Bar No. 928929

GILBERT HEINTZ & RANDOLPH
1100 New York Avenue, NW
Suite 700
Washington, D.C. 20005
(202)772-2200

8055/001/144136.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | Case No.: 05-0978 (RBW) |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the parties Joint Motion For Rescheduling Of Status Conference, it is this _____ day of November, 2006, hereby:

**ORDERED** that the Status Conference scheduled for November 17, 2006, at 9:15 a.m. is hereby RESCHEDULED to the _____ day of December, 2006, at _____.

                                                     _____
                                                     The Hon. Reggie B. Walton
                                                     United States District Court
                                                       for the District of Columbia