UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADEN HAILE-SHIREGA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 05-0978(RBW) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Clerk of the above Court will please show that all claims against Defendants Joseph Massey and Nikeith Goins in the above-captioned matter are dismissed with prejudice.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General

George C. Valentine
Deputy Attorney General
Civil Litigation Division

Nicole L. Lynch
Chief Civil Litigation Division Section II

Counsel for Plaintiff

/s/Jerome C. Randolph/s/
Jerome C. Randolph, Esquire [474286]
GILBERT HEINTZ & RANDOLPH
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
(202) 772-2200

/s/David A. Jackson/s/
David A. Jackson [471535]
Assistant Attorney General
Office of the Attorney General
441 4th Street, NW, 6th South
Washington, D. C. 20001
 (202) 724-6618