IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADEN HAILE-SHIREGA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.,* ) | Case No.: 05-0978 (RBW) |
| ) | |
| Defendants. ) | |

## **PRAECIPE OF DISMISSAL**

The Clerk of the above Court will please show that all claims against the Defendant District of Columbia in the above-captioned matter are SETTLED, COMPROMISED, AND DISMISSED WITHOUT PREJUDICE without admission of any liability.

In the event that any portion of the Certification Agreement between the Plaintiff and District of Columbia ("Release") is declared null and void, any and all otherwise applicable statutes of limitation or repose, or other time-related limitations, shall be deemed to have been tolled for the period from the Execution Date through the date that the Release is declared null and void, and no Party shall assert or rely on any time-related defense to any claim by any other Party related to such period.

Upon payment IN FULL of the sum identified in the Release, all claims against the Defendant District of Columbia in the above-captioned matter shall be deemed to be WITH PREJUDICE.

                        Respectfully submitted,

                        ROBERT J. SPAGNOLETTI
                        Attorney General

                        George C. Valentine
                        Deputy Attorney General
                        Civil Litigation Division

                        Nicole L. Lynch
                        Chief Civil Litigation Division Section II

Counsel for Plaintiff

| /s/Jerome C. Randolph/s/ | /s/David A. Jackson/s/ |
|---|---|
| Jerome C. Randolph, Esquire [474286] | David A. Jackson [471535] |
| GILBERT HEINTZ & RANDOLPH | Assistant Attorney General |
| 1100 New York Avenue, NW | Office of the Attorney General |
| Suite 700 | 441 4th Street, NW, 6th South |
| Washington, DC 20005 | Washington, D. C. 20001 |
| (202) 772-2200 | (202) 724-6618 |